UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MYNER JANE TUBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-00622-JWD-SDJ** |
| **UNITED PROPERTY & CASUALTY INSURANCE COMPANY** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 4, 2024 (Doc. 22), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion for Remand (Doc. 20) **is DENIED**, without prejudice, to be refiled, if needed, if and when the Louisiana Insurance Guaranty Association is added as a party.

Signed in Baton Rouge, Louisiana, on October 24, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**