UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MYNER JANE TUBB

VERSUS

UNITED PROPERTY AND CASUALTY
INSURANCE COMPANY

CIVIL ACTION

NO. 22-622-JWD-SDJ

### RULING AND ORDER

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated April 14, 2025 (Doc. 34), to which no objection was filed,

**IT IS ORDERED** that this action is REMANDED to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, for lack of subject matter jurisdiction in light of the addition of non-diverse Defendant Louisiana Insurance Guaranty Association.

Signed in Baton Rouge, Louisiana, on <u>April 29, 2025</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

23rd JDC Certified